**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OLIMOV DAMIR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-2013-HE |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On October 1, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation [Doc. #10], recommending the court deny petitioner Olimar Damir's *pro se* habeas petition because he was not deprived of an individualized custody determination.

In the Report and Recommendation, the magistrate judge advised the parties of their right to file an objection to the Report and Recommendation with the clerk of the court by October 22, 2026, and the consequences for failure to make timely objections to the Report and Recommendation.

To date, no objection to the Report and Recommendation has been filed. The right to appellate review of the Report and Recommendation is therefore waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #10] is **ADOPTED** in its entirety. Petitioner Olimov Damir's *pro se* petition for a writ of habeas corpus under 28

U.S.C. § 2241 [Doc. #1] is **DENIED** because he was not deprived of an individualized custody determination.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 30th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE